IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE CARL SAMPLE,

    Plaintiff,                     No. CIV S-04-1132 FCD KJM P

    vs.

SACRAMENTO SHERIFF'S DEPARTMENT, et al.,

    Defendant.                <u>ORDER</u>

        On October 24, 2005, plaintiff filed motions asking the court to direct unincarcerated witnesses Tammice Woods and a representative of Aladdin Bail Bonds to appear at this trial. In addition, he has sought the issuance of a subpoena duces tecum for records in the possession of Paul Comiskey, who represented him in criminal proceedings in Sacramento Superior Court.

        In the scheduling order issued February 2, 2005, the court informed plaintiff he must obtain blank subpoena forms from the Clerk of the Court and prepare and submit them to the United States Marshal for service by the Marshal upon the witness. He must also provide the daily witness fee of $40.00 plus the witness's travel expenses for each witness. A subpoena will not be served by the United States Marshal upon an unincarcerated witness unless the subpoena is accompanied by a money order made payable to the witness for the full amount of

the witness's travel expenses plus the daily witness fee of $40.00, and a copy of the court's order granting plaintiff in forma pauperis status. Although the court will direct the Clerk of the Court to provide plaintiff with the necessary subpoena forms, it will take no further action on the requests to order Woods and the bail bonds representative to appear at trial (docket nos. 17 & 19). Moreover, although it will order the Clerk of the Court to provide plaintiff with a blank subpoena form for Comiskey's records, the court will take no further action on his request for an order (docket no. 18); it is plaintiff' responsibility to be familiar with the requirements of Federal Rule of Civil Procedure 45.

Plaintiff also has requested the presence of an incarcerated witness, Abraham Banks, and has made the showing required by the scheduling order. The court will issue the necessary orders to secure Banks' presence when the case moves closer to the current trial date of July 25, 2006.

IT IS HEREBY ORDERED:

1. Plaintiff's request for an order directing the presence of Tammice Woods and a representative of Aladdin Bail Bonds and directing Paul Comiskey to produce records (docket nos. 17, 18 & 19) are denied;

2. Plaintiff's request for an order directing the presence of Abraham Banks (docket no. 20) is granted; the court will issue the necessary orders in time to secure Banks' presence at the July 25, 2006 trial;

3. Plaintiff's February 17, 2006 request (docket no. 28) for rulings on his earlier motions is denied as moot; and

/////
/////
/////
/////
/////

4. The Clerk of the Court is directed to send plaintiff three blank subpoena forms.

DATED: May 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/samp1132.wo