UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GEORGE CARL SAMPLE,    CIV S-04-1132 FCD/KJM P

    Plaintiff,

    v.    O R D E R

SACRAMENTO SHERIFF'S DEPARTMENT, et al.,

    Defendants.

----oo0oo----

On July 26, 2006, at the end of a jury trial for plaintiff, Carl Sample, a prisoner in IFP status, the undersigned ordered in open court, that the trial transcripts would be provided to the plaintiff so that he may prepare for the retrial due to commence on September 24, 2006.

IT IS SO ORDERED:

    1.    Court Reporter, Michelle Babbitt, shall receive payment for copies of the trial transcripts that will be provided to plaintiff, Carl Sample.

DATED: August 31, 2006      /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, Jr.
                                    UNITED STATES DISTRICT JUDGE

1